## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Timothy Hugh Queen
In Proper Person DOC No. 509996
P. O. Box 2017
Lake Charles LA 70602

**REHEARING ACTION: August 10, 2011**

**Docket Number: 10   01435-CA**

**TIMOTHY HUGH QUEEN**
**VERSUS**
**H. GREGORY TETE, SENIOR WARDEN**

**Appealed from Calcasieu Parish Case No. 20093328**

**BEFORE JUDGES:**

　　Hon. Ulysses Gene Thibodeaux
　　Hon. J. David Painter
　　Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Timothy Hugh Queen** has this day been

　　**DENIED.**

cc: Robert C. McCorquodale, Counsel for the Appellee